IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JONATHON S. DAVIS                                                                  PLAINTIFF

v.                      CASE NO. 4:18-CV-00765 BSM

DOC HOLIDAY, et al.                                                           DEFENDANTS

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's proposed findings and recommendations [Doc. No. 11] are adopted. This case is dismissed without prejudice, and this dismissal counts as a "strike" for the purposes of 28 U.S.C. section 1915(g). An *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 6th day of February 2019.

_____
UNITED STATES DISTRICT JUDGE