IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JONATHON S. DAVIS**                                                                            **PLAINTIFF**

**v.**                      **CASE NO. 4:18-CV-00765 BSM**

**DOC HOLIDAY, et al.**                                                       **DEFENDANTS**

## **JUDGMENT**

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of February 2019.

                                                                                                      /s/ Brian S. Miller
                                                                     UNITED STATES DISTRICT JUDGE